# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

                Plaintiff,

                                        Crim. No. 08-304 (RHK)
                                        **ORDER**

v.

Deanna Lynn Coleman,

                Defendant.

---

The Government having moved for a Preliminary Order of Forfeiture in this matter (Doc. No. 25), **IT IS ORDERED** as follows:

1. Defendant shall serve and file her response to the Motion on or before August 19, 2010; and

2. The Government may serve and file a Reply in support of its Motion, if any, on or before August 26, 2010.

Dated: August 9, 2010                                      s/Richard H. Kyle
                                                                RICHARD H. KYLE
                                                                United States District Judge